In the Matter of ROCKLAND COUNTY CORPORATION et al., Respondents, against EDWARD J. FLYNN, as Secretary of State of New York, et al., Respondents, and MICHAEL McCABE, Appellant.

Submitted February 28, 1938; decided March 15, 1938.

*Thomas Gagan* for appellant.

*Charles J. Hardy, Jr., Theodore L. Harrison* and *Henry H. Haire* for petitioners, respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.